McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Nicholas H. Rasmussen, #285736
Graham A. Van Leuven, #295599
Daniella M Crisanti, #341051
7647 North Fresno Street
Fresno, California 93720
Telephone:    (559) 433-1300
Facsimile:    (559) 433-2300

Attorneys for NATIONAL INTERSTATE
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| NATIONAL INTERSTATE INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ACCEPTANCE CAUSALITY INSURANCE COMPANY,<br><br>　　　　　Defendant. | Case No. 2:22-CV-02127-KJN<br><br>**ORDER GRANTING EXTENSION OF TIME FOR ACCEPTANCE CASUALTY INSURANCE COMPANY TO RESPOND TO COMPLAINT;**<br>**ORDER REGARDING CONSENT/DECLINE FORMS** |

　　　　For good cause, IT IS HEREBY ORDERED:

　　　　1.　　The Stipulation to Extend Time for Acceptance Causality Insurance Company to respond to National Interstate Insurance Company's Complaint (ECF No. 7) is **GRANTED**;

　　　　2.　　Acceptance Causality Insurance Company's last day to respond to the Complaint is extended until up to and including February 3, 2023; and

　　　　3.　　Any party who has yet to submit a consent/decline designation regarding magistrate judge jurisdiction (See ECF No. 4) shall do so by February 1, 2023.  If all designations are not submitted prior to (for example) the filing of a Rule 12 motion, further delays in this case will result.

Dated: January 24, 2023

nati.2127

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE