McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Nicholas H. Rasmussen, #285736
  nrasmussen@mccormickbarstow.com
Graham A. Van Leuven, #295599
  graham.vanleuven@mccormickbarstow.com
7647 North Fresno Street
Fresno, California 93720
Telephone:     (559) 433-1300
Facsimile:      (559) 433-2300

Attorneys for NATIONAL INTERSTATE
INSURANCE COMPANY

Robert J. Romero, #136539
  rromero@hinshawlaw.com
Peter J. Felsenfeld, #260433
  pfelsenfeld@hinshawlaw.com
Robert G. Levy, #81024
  rlevy@hinshawlaw.com
50 California Street, Suite 2900
San Francisco, Ste. 2900
Telephone:     (415) 362-6000
Facsimile:      (415) 834-9070

Attorneys for ACCEPTANCE CASUALTY
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| NATIONAL INTERSTATE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ACCEPTANCE CASUALTY INSURANCE COMPANY,<br><br>Defendant. | Case No. **2:22-CV-02127-TLN-KJN**<br><br>**JOINT STATUS REPORT CONCERNING STAY OF LITIGATION PENDING ARBITRATION; ORDER**<br><br>Complaint Filed: November 29, 2022 |

Plaintiff National Interstate Insurance Company ("NIIC") and Defendant Acceptance Casualty Insurance Company ("ACIC"), by and through their attorneys of record (together, the "Parties"), previously stipulated to a 60-day stay of the present litigation, which request this Court

granted. The parties now provide the Court with the following Status Report concerning their ongoing negotiations.

Following the Court's entrance of the stay on April 4, 2024, the Parties, having previously reached an agreement in principle to arbitrate this dispute, have been working together to: (1) choose an Arbitrator with reasonable near-term availability to hear and decide this matter; and (2) draft an appropriate comprehensive governing Arbitration Agreement.  During the course of the stay, the Parties have made inquiries to arbitrator candidates, engaged in decisions regarding the arbitration procedure, and are in the process of drafting a formal comprehensive Arbitration Agreement subject to necessary client approvals.

The Parties can assure the Court that this process is proceeding smoothly and is on track. The Parties have contacted multiple potential arbitrators but those arbitrators have not been available to schedule an arbitration until approximately February 2025. Accordingly, the Parties are balancing the priority of an expedient arbitration with discussed and potentially preferred arbitrators.

As such, the Parties respectfully request that the current stay of the litigation be continued for an additional sixty-day period, in order that this process can be completed, i.e., an Arbitrator selected, and an Arbitration Agreement finalized, approved and executed by the Parties.

Dated: May 29, 2024

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: _/s/ Nicholas H. Rasmussen_
Nicholas H. Rasmussen
Graham A. Van Leuven
Attorneys for NATIONAL INTERSTATE INSURANCE COMPANY

Dated: May 29, 2024

HINSHAW & CULBERTSON LLP

By: _/s/ Robert G. Levy_
Robert J. Romero
Peter J. Felsenfeld
Robert G. Levy
Attorneys for ACCEPTANCE CASUALTY INSURANCE COMPANY

**ORDER**

The Court has considered the foregoing stipulation and the facts set forth therein, and **FOR GOOD CAUSE APPEARING:**

1. The Parties' request for a further 60 day stay of proceedings is **GRANTED;**
2. The Parties shall promptly report to the Court if a binding arbitration agreement is reached between them; and
3. If no binding agreement to arbitrate has been reached between them, the Parties shall provide the Court with a further Status Report concerning their efforts prior to the expiration of the stay granted herein.

**IT IS SO ORDERED.**

Dated:  May 29, 2024

_____
Troy L. Nunley
United States District Judge