ROBERT J. ROMERO (SBN 136539)
rromero@hinshawlaw.com
PETER J. FELSENFELD (SBN 260433)
pfelsenfeld@hinshawlaw.com
ROBERT G. LEVY (SBN 81024)
rlevy@hinshawlaw.com
HINSHAW & CULBERTSON LLP
50 California Street, Suite 2900
San Francisco, CA 94111
Telephone: 415-362-6000
Facsimile: 415-834-9070

Attorneys for Defendant
ACCEPTANCE CASUALTY INSURANCE COMPANY

NICHOLAS H. RASMUSSEN (SBN 285736)
nrasmussen@mccormickbarstow.com
MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
7647 North Fresno Street
Fresno, CA 93720
Telephone: 559-433-1300
Facsimile: 559-433-2300

Attorneys for Plaintiff
NATIONAL INTERSTATE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| NATIONAL INTERSTATE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>ACCEPTANCE CASUALTY INSURANCE COMPANY, and DOES 1 TO 10,<br><br>Defendants. | Case No. 2:22-cv-02127-TLN-CSK<br><br>**FURTHER JOINT STATUS REPORT CONFIRMING THE PARTIES WILL ARBITRATE PRIVATELY, AND REQUEST THAT THIS ACTION BE STAYED AND THAT THE COURT RETAIN JURISDICTION TO ENFORCE ANY ARBITRATION AWARD THAT MAY BE ENTERED AND ORDER**<br><br>Complaint Filed: November 29, 2022<br><br>Trial Date: TBD |

Plaintiff National Interstate Insurance Company ("NIIC") and Defendant Acceptance Casualty Insurance Company ("ACIC"), by and through their attorneys of record (together, the "Parties"), provide this Further Joint Status Report concerning their ongoing negotiations.

The Parties now confirm to the Court that they have reached and executed an agreement to resolve the present dispute by way of binding arbitration. Therefore, the Parties hereby stipulate, through their attorneys, as follows:

1. The Parties hereby request that the Court stay this matter until December 31, 2025, or to a convenient time for the Court thereafter, in favor of binding arbitration;

2. The Parties hereby request that the Court retain jurisdiction to enforce any arbitration award that may be rendered against or in favor of either of the Parties to this agreement.

Dated:  December 12, 2024                                    HINSHAW & CULBERTSON LLP

                                                         By:    */s/ Robert G. Levy*
                                                                ROBERT J. ROMERO
                                                                PETER J. FELSENFELD
                                                                ROBERT G. LEVY
                                                                Attorneys for Defendant
                                                                ACCEPTANCE CASUALTY INSURANCE
                                                                COMPANY

Dated:  December 12, 2024                                    MCCORMICK, BARSTOW, SHEPPARD,
                                                             WAYTE & CARRUTH LLP

                                                         By:    */s/ Nicholas H. Rasmussen*
                                                                NICHOLAS H. RASMUSSEN
                                                                Attorneys for Plaintiff
                                                                NATIONAL INTERSTATE INSURANCE
                                                                COMPANY

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

# ORDER

The Court has considered the Parties' Further Status Report of November 27, 2024, and for **GOOD CAUSE APPEARING**:

1. This matter is **STAYED** until December 31, 2025, in favor of binding arbitration between the parties;

2. The Court shall retain jurisdiction over this matter to enforce any arbitration award that may be rendered against or in favor of either of the Parties.

**IT IS SO ORDERED.**

Dated: December 13, 2024

_____
Troy L. Nunley
Chief United States District Judge