ROBERT J. ROMERO (SBN 136539)
rromero@hinshawlaw.com
PETER J. FELSENFELD (SBN 260433)
pfelsenfeld@hinshawlaw.com
HINSHAW & CULBERTSON LLP
50 California Street, Suite 2900
San Francisco, CA 94111
Telephone: 415-362-6000
Facsimile: 415-834-9070

Attorneys for Defendant
ACCEPTANCE CASUALTY INSURANCE COMPANY

NICHOLAS H. RASMUSSEN (SBN 285736)
nrasmussen@mccormickbarstow.com
MCCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP
7647 North Fresno Street
Fresno, California 93720
Telephone: 559-433-1300
Facsimile: 559-433-2300

Attorneys for Plaintiff
NATIONAL INTERSTATE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| NATIONAL INTERSTATE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>ACCEPTANCE CASUALTY INSURANCE COMPANY, and DOES 1 TO 10,<br><br>Defendants. | Case No. 2:22-CV-02127−TLN−KJN<br><br>**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed: November 29, 2022 |

**STIPULATION**

On November 24, 2025, the parties appeared before the Hon. Richard Stone (Ret.) of Signature Resolution for an evidentiary arbitration hearing. On September 4, 2026, Judge Stone issued a Final Award in this matter, finding in favor of respondent Acceptance Casualty Insurance Company and against claimant National Interstate Insurance Company.

Accordingly, the parties to this action, acting by and through their respective counsel, and pursuant to Federal Rules of Civil Procedures 41(a)(1)(A)(ii) and 41(a)(2) hereby stipulate, in consideration of the arbitration award, to the Dismissal With Prejudice of this action, including all claims and counterclaims stated herein against all parties.

**IT IS SO STIPULATED.**

Dated: September 28, 2026

HINSHAW & CULBERTSON LLP

By: */s/ Peter J. Felsenfeld*
ROBERT J. ROMERO
PETER J. FELSENFELD
Attorneys for Defendant
ACCEPTANCE CASUALTY INSURANCE COMPANY

Dated: September 28, 2026

MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: */s/ Nicholas H. Rasmussen*
NICHOLAS H. RASMUSSEN
Attorneys for Plaintiff
NATIONAL INTERSTATE INSURANCE COMPANY

**FILER'S ATTESTATION**

I, Peter J. Felsenfeld, am the ECF user whose identification and password are being used to file this JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE. In compliance with Local Rules, I hereby attest that all party signatories hereto concur in this filing.

*/s/ Peter J. Felsenfeld*
PETER J. FELSENFELD

**ORDER**

The stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice.

IT IS SO ORDERED.

DATED: September 28, 2026

Troy L. Nunley
Chief United States District Judge